UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEPHANIE BAKER, | ) |
|     *Plaintiff*, | ) |
| v. | ) No. 3:15-cv-224-PLR-CCS |
| CAROLYN COLVIN, Acting Commissioner of Social Security Administration, | ) |
|     *Defendant*. | ) |

### Memorandum Opinion and Order

Before the Court is Magistrate Judge Shirley's Report and Recommendation ("R&R"). [D. 19]. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and **ADOPTS** it. For the reasons stated in the R&R, Baker's motion for summary judgment is **GRANTED** and the Commissioner's is **DENIED** with respect to the testimony of Dr. David Snow. In all other respects, Baker's motion is **DENIED** and the Commissioner's is **GRANTED**. This case is **REMANDED** to the ALJ. On remand, the ALJ must reassess the opinion of Dr. Snow and provide good reasons for the weight given his testimony, in accordance with 20 C.F.R. § 416.927(c)(2) and SSR 96-2p, 61 Fed. Reg. 34,490, 34,492 (July 2, 1996).

    **IT IS SO ORDERED.**

*/s/ Pamela L. Reeves*
UNITED STATES DISTRICT JUDGE